IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD WILLIAMS,** | CIVIL NO. 1:13-CV-0387 |
| **Plaintiff** | **(Judge Rambo)** |
| v. | **(Magistrate Judge Carlson)** |
| **WAYNE GAVINS,** *et al.*, | |
| **Defendants** | |

# **O R D E R**

AND NOW, this 5th day of January, 2015, **IT IS HEREBY ORDERED THAT**:

1) Williams' objections to the report and recommendation are overruled.

2) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 84).

3) Defendants' motion for summary judgment (Doc. 66) is **GRANTED**.

4) The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff and close the file.

5) Any appeal from this order will be deemed frivolous and not taken in good faith.

                                                   s/Sylvia H. Rambo
                                                 United States District Judge